CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
FAYTHEG@POTTERHANDY.COM
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 2:20-cv-02675-AB-MAA |
| Plaintiff, | **Plaintiff's Application for Default Judgment by Court Against Fugate Holdings, LLC** |
| v. | |
| **Fugate Holdings, LLC**, a California Limited Liability Company; and Does 1-10, | Date: October 2, 2020<br>Time: 10:00 a.m.<br>Ctrm: 7B |
| Defendants. | |

To Defendant Fugate Holdings, LLC, and the attorneys of record, if any: Please take notice that on October 2, 2020, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 7B, Los Angeles, California 90012, Plaintiff Chris Langer, will present his application for default judgment against defendant Fugate Holdings, LLC. The Clerk has previously entered the default on Fugate Holdings, LLC on April 23, 2020.

At the time and place of hearing, plaintiff will present proof of the

following matters: (1) Defendant Fugate Holdings, LLC is an entity and not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Fugate Holdings, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks

- $4,000.00 damages judgment against defendant Fugate Holdings, LLC; and
- $4,481.50 in attorneys' fees and costs.

Additionally, plaintiff seeks an order directing the defendant to provide accessible wheelchair accessible parking space at Golden West Donuts at 100 W. Pacific Coast Hwy., Long Beach, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Fugate Holdings, LLC on August 12, 2020, by first class United States Mail, postage prepaid.

Dated: August 12, 2020                    CENTER FOR DISABILITY ACCESS

                                          By: */s/ Faythe Gutierrez*
                                          Faythe Gutierrez, Esq.,
                                          Attorney for Plaintiff