JS-6

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>       Plaintiff,<br><br>  v.<br><br>**Fugate Holdings, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>       Defendants. | Case 2:20-cv-02675-AB-MAA<br><br>**JUDGMENT** |

1

1   Upon review of the court files, the application for default judgment, the
2   declarations submitted in support of the default judgment, and the evidence
3   presented having been fully considered, it is hereby ordered and adjudged that
4   Plaintiff Chris Langer shall have **JUDGMENT** in his favor for $8,481.50
5   against Defendant Fugate Holdings, LLC.  Defendant Fugate Holdings, LLC is
6   ordered to provide wheelchair accessible parking space at Golden West Donuts
7   located at 100 W. Pacific Coast Hwy., Long Beach, California, in
8   compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: 9/30/2020   By: _____
Honorable André Birotte, Jr.
United States District Judge